AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ARDELLA CARROLL,
        Plaintiff,

v.

STATE OF WASHINGTON, acting through its DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and LINDA RASSIER, a single woman in her official and individual capacity,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-361-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims and this lawsuit are DISMISSED WITH PREJUDICE pursuant to the Order Granting Defendants' Summary Judgment Motion entered on January 11, 2008, Ct. Rec. 68.

| | |
|---|---|
| January 11, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |